1

2

3

JS - 6

4

5

6

UNITED STATES DISTRICT COURT

7

CENTRAL DISTRICT OF CALIFORNIA

8

9

Case No. EDCV 10-1255 JVS (RCx)

10

Louis Hodnett,

11

Plaintiff(s),

12

ORDER RE MOTION TO REMAND

13

v.

14

15

Terell Johnson,

16

Defendant(s).

17

18

19      Plaintiff Louis Hodnett ("Hodnett") moves to remand this unlawful detainer

20   action removed from state court by Defendant Terell Johnson ("Johnson"). The

21   motion is unopposed. The Court deems Johnson's failure to oppose the motion as

22   consent to the granting of the motion. Local Rule 7-12. The Court also grants the

23   motion on the merits. Johnson asserts in his Notice of Removal (Docket No. 1) that

24

25                                        1

1  this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1339, 28 U.S.C. §

2  1343, 18 U.S.C. § 1702, and 18 U.S.C. § 1703. None of these statutes confers

3  jurisdiction over unlawful detainer actions. One statute relates to civil rights cases,

4  see 28 U.S.C. § 1343, while the other three are concerned with suits involving the

5  mail and the United States Postal Service, see 28 U.S.C. § 1343, 18 U.S.C. § 1702,

6  and 18 U.S.C. § 1703. Additionally, the Court's independent review of Plaintiff's

7  Complaint confirms that there is no basis for either diversity or federal question

8  jurisdiction. Accordingly, the Court remands this case to Riverside County

9  Superior Court.

10      The Court finds that oral argument would not be helpful on this matter and

11  vacates the October 18, 2010 hearing on this motion. Fed. R. Civ. P. 78; Local

12  Rule 7-15.

14  DATED:      October 12, 2010      _____

15                                    JAMES V. SELNA
                                      UNITED STATES DISTRICT JUDGE

2